# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| MICHAEL HENDERSON, | Civil No. 20-1523 (JRT/DTS) |
| Petitioner, | |
| v. | ORDER |
| WILLIAM BOLIN, et al., | |
| Respondents. | |

Michael Henderson, OID #245287, MCF-Moose Lake, 1000 Lakeshore Drive, Moose Lake, MN 55767, *pro se* petitioner.

Jonathan P Schmidt, **HENNEPIN COUNTY ATTORNEY'S OFFICE**, Hennepin County Government Center, 300 South 6th Street, Ste C-2000, Minneapolis, MN 55487, for respondents.

United States Magistrate Judge David T. Schultz issued a Report and Recommendation dated March 23, 2021. No objections have been filed to that Report and Recommendation in the time period permitted. The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Petitioner Michael Henderson's amended Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, ECF No. 5-1, is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

2. No certificate of appealability shall be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 28, 2021
at Minneapolis, Minnesota

                                                  s/John R. Tunheim_____
                                                  JOHN R. TUNHEIM
                                                  Chief Judge
                                                  United States District Court